# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAYFLOWER TRANSIT, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> JEFF GLOEB, <br><br> Defendant. | CASE NO.: 3:14-cv-00548-RCJ-VPC <br><br> ORDER GRANTING MOTION TO PROVE UP DEFAULT JUDGMENT |

This matter came before the Court on April 22, 2015 for an evidentiary hearing on Plaintiff's Motion to Prove-Up Default. Attorney Adam J. Breeden, Esq. was present for Plaintiff. The Defendant did not appear. The Court noted that the Defendant, who is in proper person, has never filed an Answer although he did file some documents indicating that settlement negotiations had occurred previously. Pursuant to the pleadings and papers on file;

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that Plaintiff's Motion is GRANTED. A Default Judgment shall be entered in favor of Plaintiff MAYFLOWER TRANSIT L.L.C. and against Defendant JEFF GLOEB for the principal amount of $6,419.81. Litigation costs of $1,134.92 are also awarded for a total judgment entered in favor of Plaintiff MAYFLOWER TRANSIT, LLC against Defendant JEFF GLOEB of $7,554.73.

IT IS FURTHER ORDERED that Plaintiff's oral request for an award of attorney's fees is denied as Plaintiff has cited no contract or statute enabling such an award. The

4832-9798-1217.1

Court did not find any live testimony to be necessary on the issue of damages and this matter was decided on the pleadings submitted.

IT IS FURTHER ORDERED that this Order and the related Default Judgment resolve all claims against all parties and constitute a final, appealable order. This matter is hereby CLOSED.

IT IS SO ORDERED.

Dated: This 28th day of April, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*