UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAYFLOWER TRANSIT, L.L.C.,

        Plaintiff,

   vs.

JEFF GLOEB,

        Defendant.

CASE NO.: 3:14-cv-00548-RCJ-VPC

DEFAULT JUDGMENT

    A Default Judgment is hereby entered in favor of Plaintiff MAYFLOWER TRANSIT L.L.C. and against Defendant JEFF GLOEB for the principal amount of $6,419.81. Litigation costs of $1,134.92 are also awarded for a total judgment of $7,554.73.

    This Default Judgment resolves all claims against all parties and constitutes a final, appealable order.  This matter is hereby CLOSED.

    IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATE:__ April 28, 2015      ___